IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| OSPREY SHIP MANAGEMENT, INC. and CORMORANT SHIPHOLDING CORP. | § § § § | PLAINTIFFS |
| v. | § § § § | Civil No. 1:05CV390-HSO-RHW<br>In Admiralty |
| DON FOSTER and NORTHROP GRUMMAN SHIP SYSTEMS, INC. | § § | DEFENDANTS |

**FINAL JUDGMENT**

THIS CAUSE came before the Court on February 13 through 15, 21 through 22, 2008, and March 31, 2008, through April 4, 2008, for trial without a jury. Pursuant to the Findings of Fact and Conclusions of Law entered in this cause on this date, which are incorporated herein by reference, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Plaintiffs on their claims against Defendant Pilot Don Foster in the amount of $826,051.59, plus post-judgment interest as prescribed by 28 U.S.C. §1961.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that judgment is rendered in favor of Defendant Northrop Grumman Ship Systems, Inc., on Plaintiffs' claims against it, and Plaintiffs' claims against Defendant Northrop Grumman Ship Systems, Inc., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Defendant USA's

Third-Party Complaint filed against M/V AMERICAN CORMORANT, *in rem*, on September 18, 2006 [92-1], and Defendant Northrop Grumman Ship Systems, Inc.'s, Third-Party Complaint filed against M/V ASIAN ATLAS (ex M/V AMERICAN CORMORANT), *in rem*, on October 11, 2006 [113-1], are both hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that any remaining pending motions are hereby **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 18th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE